UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY ANN REDEAUX, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>NOEL WISE, et al.,<br><br>        Defendants. | Case No. 24-cv-01979-EMC<br><br>**ORDER DENYING PLAINITFFS' MOTION FOR TRO**<br><br>Docket No. 11 |

    Currently pending before the Court is pro se Plaintiffs' motion for a temporary restraining order. Plaintiffs ask "the federal court [to] grant [a] restraining order and block the state of California from receiving federal funding because the state/court policies and procedures violate the due process rights of the state citizens." Mot. at 4. Plaintiffs indicate that their due process rights have been violated because "[t]he state of California committed real estate deed fraud." Mot. at 3.

    Plaintiffs' motion for relief is **DENIED**. This case is already closed. To the extent Plaintiffs assert that this Court has a conflict of interest, that issue has already been addressed in the Court's prior order. *See* Docket No. (Order at 2) (noting that an adverse ruling is not sufficient cause of recusal).

    **IT IS SO ORDERED**.

Dated: April 24, 2024

                                                                         _____<br>
                                                                         EDWARD M. CHEN<br>
                                                                          United States District Judge