UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY ANN REDEAUX,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>TVC FUNDING IV REO, LLC, et al.,<br><br>　　　　　　　Defendants. | Case No. 24-cv-06560-SI<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Edward M. Chen for consideration of whether the case is related to *Redeaux v. Wise*, No. 24-cv-01979-EMC.

**IT IS SO ORDERED.**

Dated: December 18, 2024

_____
SUSAN ILLSTON
United States District Judge